FILED

Jun 08 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

GEOFFREY A. HANSEN
Acting Federal Public Defender
TAMARA CREPET
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Tamara_Crepet@fd.org

Counsel for Defendant DIANGELO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>v.<br><br>ANDREW DIANGELO,<br><br>          Defendant. | No. 5:21-MJ-70930-MAG<br><br>STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE DETENTION AND STATUS RE: I.D./REMOVAL HEARING AND TO EXCLUDE TIME<br><br>**Hon. Donna M. Ryu** |

    Defendant Andrew Diangelo and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the detention hearing and removal hearing set for June 9, 2021 may be continued to June 15, 2021. The reason for the requested continuance is that Mr. Diangelo was unable to appear for the bail interview this morning and therefore counsel will not be prepared to go forward with the detention and removal hearing.

    The parties additionally stipulate and agree that time shall be waived from June 9, 2021 to June 15, 2021 for purposes of the Speedy Trial Act pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv). The parties agree that this waiver of time is necessary for the defense to effectively prepare Mr. Diangelo's case.

//
//
//

IT IS SO STIPULATED.

Dated: June 8, 2021 GEOFFREY A. HANSEN
Acting Federal Public Defender
_____/s/_____
Tamara Crepet
Assistant Federal Public Defender

Dated: June 8, 2021 STEPHANIE M. HINDS
United States Attorney
_____/s/_____
Stephen Meyer
Assistant United States Attorney

## ORDER (AS MODIFIED)

Upon agreement and stipulation of the defendant Andrew Diangelo, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Andrew Diangelo's detention and status re: identity/removal hearing be continued to June 15, 2021 at 1:00 p.m.

It is further ORDERED that the defendant has waived time for purposes of 18 U.S.C. § 3161(h), and specifically, that he has waived time from June 9, 2021 to June 15, 2021.

IT IS SO ORDERED AS MODIFIED.

Dated: June 8, 2021

IT IS SO ORDERED AS MODIFIED
/s/ Judge Donna M. Ryu

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION AND ORDER
5:21-MJ-70930-MAG