GEOFFREY A. HANSEN
Acting Federal Public Defender
TAMARA CREPET
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Tamara_Crepet@fd.org

Counsel for Defendant DIANGELO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>          v.<br><br>ANDREW DIANGELO,<br>                    Defendant. | No. 5:21-MJ-70930-MAG<br><br>STIPULATION AND ORDER TO CONTINUE DETENTION HEARING AND STATUS RE: IDENTITY/REMOVAL HEARING AND TO EXCLUDE TIME<br><br>**Hon. Donna M. Ryu** |

Defendant Andrew Diangelo and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the detention hearing and status re: identity/removal hearing set for June 15, 2021 may be continued to June 17, 2021. The reason for the requested continuance is that Mr. Diangelo received medical treatment outside of the jail, and as a consequence, his bail interview could not be held until today at noon.

The parties additionally stipulate and agree that time shall be waived from June 15, 2021 to June 17, 2021 for purposes of the Speedy Trial Act pursuant to Title 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv). The parties agree that this waiver of time is necessary for the defense to effectively prepare Mr. Diangelo's case.

//

//

//

IT IS SO STIPULATED.

Dated: June 15, 2021                          GEOFFREY A. HANSEN
                                              Acting Federal Public Defender
                                              _____/s/_____
                                              Tamara Crepet
                                              Assistant Federal Public Defender


Dated: June 15, 2021                          STEPHANIE M. HINDS
                                              United States Attorney
                                              _____/s/_____
                                              Stephen Meyer
                                              Assistant United States Attorney


## ORDER

 Upon agreement and stipulation of the defendant Andrew Diangelo, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Andrew Diangelo's detention hearing and status re: identity/removal hearing be continued to June 17, 2021.

 It is further ORDERED that the defendant has waived time for purposes of 18 U.S.C. § 3161(h), and specifically, that he has waived time from June 15, 2021 to June 17, 2021.

 IT IS SO ORDERED.

DATED: June 15, 2021

IT IS SO ORDERED

Judge Donna M. Ryu

_____
HONORABLE DONNA M. RYU
United States Magistrate Judge

STIPULATION AND ORDER
5:21-MJ-70930-MAG