UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED

Jun 24 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America<br><br>v.<br><br>ANDREW DIANGELO,<br><br>Defendants. | Case No. 5:21-mj-70930-MAG-1 (DMR)<br><br>Charging District: Southern District of California, San Diego<br><br>Charging District's Case No.: 21cr1414-DMS-2 |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| | |
|---|---|
| Place: United States District Court<br>Edward J. Schwartz Federal Courthouse<br>221 West Broadway<br>San Diego, CA 92101 | Courtroom No.: 2A |
| | Date and Time: June 28, 2021 at 2:00 p.m. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: June 24, 2021

_____
Donna M. Ryu
United States District Judge